UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT KEITH BRIGGS, | No. 2:14-cv-01533 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| F. FOULK, Warden, | |
| Respondent. | |

Petitioner has requested a fifth extension of his time to file a traverse. ECF No. 31. For good cause shown, the request will be granted. However, petitioner is cautioned that no further extensions of time will be granted absent extraordinary circumstances.

In response to this court's order (ECF No. 30), petitioner has advised that he no longer requests a stay in this case (ECF No. 31 at 2). Therefore, petitioner's motion for stay (ECF No. 5) will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time to file a traverse (ECF No. 31) is granted and he shall have thirty days from the filing of this order to file his traverse.

////

////

////

1

2. Petitioner's motion for stay (ECF No. 5) is denied as moot.

DATED: February 19, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2